[No. 41604-2-II.   Division Two.   September 25, 2012.]

The State of Washington, *Respondent*, v. Daniel Eugene Grile, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00501-1, James E. Warme, J., entered December 10, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 41665-4-II.   Division Two.   September 25, 2012.]

The State of Washington, *Respondent*, v. Dylan Thomas Nyland, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00117-6, Frank E. Cuthbertson, J., entered January 7, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 42915-2-II.   Division Two.   September 25, 2012.]

The State of Washington, *Respondent*, v. Jesse Blair Divin, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00243-8, Scott A. Collier, J., entered November 17, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Van Deren, JJ.

[No. 43045-2-II.   Division Two.   September 25, 2012.]

The State of Washington, *Respondent*, v. Brian Robert Fix, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00366-1, Stephen M. Warning, J., entered January 17, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Van Deren, JJ.